```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 13642
    JOSEPH M MORRIS
    LISA B MORRIS                              CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-1525     SSN XXX-XX-6755


--------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/24/06 and confirmed on 01/10/07.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  21150.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 211.01 | .00 | 211.01 |
| LIGHTHOUSE FINANCIAL GRO | SECURED VEHIC | 8890.00 | 1091.48 | 8890.00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | .00 | .00 | .00 |
| STATE OF NEBRASKA | CHILD SUPPORT | NOT FILED | .00 | .00 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 395.00 | .00 | 395.00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 299.85 | .00 | 299.85 |
| CAPITAL ONE BANK | UNSECURED | 1559.63 | .00 | 1559.63 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 468.54 | .00 | 468.54 |
| CAPITAL ONE BANK | UNSECURED | 319.73 | .00 | 319.73 |
| CENTRAL PROFESSIONAL GRO | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 300.00 | .00 | 300.00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 794.91 | .00 | 794.91 |
| DISCOVER BANK | UNSECURED | 499.02 | .00 | 499.02 |
| PERFORMANCE CAPITAL MGMT | UNSECURED | 1848.70 | .00 | 1848.70 |
| ECAST SETTLEMENT CORPORA | NOTICE ONLY | .00 | .00 | .00 |
| JOLIET ORAL SURGEON | UNSECURED | NOT FILED | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 167.95 | .00 | 167.95 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| PATHOLOGY ASSOC OF CHICA | UNSECURED | NOT FILED | .00 | .00 |
| PIONEER CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| RIDDLE & ASSOC PC | UNSECURED | NOT FILED | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 438.35 | .00 | 438.35 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | NOT FILED | .00 | .00 |
| LIGHTHOUSE FINANCIAL GRO | UNSECURED | 559.81 | .00 | 559.81 |

```
       Summary of disbursements:
------------------------------------------------------------------
                SECURED      PRIORITY    UNSECURED      OTHER       TOTAL
------------------------------------------------------------------
TOTAL CLMS ALLOWED   9101.01        .00      7651.49        .00    16752.50
PRINCIPAL PAID       9101.01        .00      7651.49        .00    16752.50
INTEREST PAID        1091.48        .00          .00        .00     1091.48
TOTAL PAID          10192.49        .00      7651.49        .00    17843.98
```

The Debtor's attorney, JOHN A REED                    , was allowed $   3000.00
and was paid $    726.00   direct and $   2274.00   through the plan.

The Trustee received $    1021.71 .

Refunds to the Debtor totaled $      10.31 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/16/09                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE